**Order filed May 30, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00089-CV
_____

## WALTER DAVIDSON AND WILLIAM MURRY, INDIVIDUALLY AND D/B/A ALL WORXS AND AMTEL COMMUNICATIONS, Appellants

## V.

## TEL WEST NETWORK SERVICES CORPORATION, Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2011-61790**

## O R D E R

The notice of appeal in this case was filed January 31, 2013. The clerk's record was filed April 17, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 14, 2013.** *See* Tex. R. App. P. 5. If appellants

fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM